IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID B. CLAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-1106-C |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS; JOHN LILLEY ) | |
| CORRECTIONAL CENTER; ) | |
| STEVE YOUNG, Chief of Security, ) | |
| John Lilley Correctional Center; ) | |
| KYLE NORMAN, Lieutenant, ) | |
| John Lilley Correctional Center; and ) | |
| AARON BROWN, Correctional ) | |
| Officer, John Lilley Correctional ) | |
| Center, ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on May 24, 2013, recommending denial of Plaintiff's "Motion Requesting Ceast and Assist," which has been construed as a motion for preliminary injunctive relief. Plaintiff has timely objected to the Report and Recommendation. The Court therefore considers the matter de novo.

In his Objection, Plaintiff argues the facts he believes entitle him to relief but does not address the legal principles Judge Mitchell correctly concluded prevent the grant of that very relief.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's "Motion Requesting Ceast and Assist" (Dkt. No. 28) is denied.

IT IS SO ORDERED this 17th day of June 2013.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge